# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>DAYNA LYN ALEXANDER, aka Dayna Lyn Huntsman, and<br>ALICIA AMANDA ROBERTS, aka Alicia Roberts Canal,<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. **4:20-mj-71541-MAG**<br><br>**FILED UNDER SEAL** |

**FILED**
Oct 27 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  1/20/19 through at least 2/21/20  in the county of  Contra Costa and Alameda  in the
Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud<br><br>Maximum Penalties: 20 years' imprisonment; $250,000 fine; 3 years' supervised release; forfeiture; restitution; mandatory $100 special assessment. |

This criminal complaint is based on these facts:

Please see attached affidavit of U.S. Postal Inspector Michael Reilly in support of the Criminal Complaint.

☑ Continued on the attached sheet.

Approved as to form  *Samantha Schott Bennett*
AUSA Samantha Schott Bennett

/s/ Michael Reilly
*Complainant's signature*

Michael Reilly, U.S. Postal Inspector
*Printed name and title*

Sworn to before me by telephone.

Date: October 27, 2020

*[signature: Kandis Westmore]*
*Judge's signature*

City and state:  Oakland, California

Hon. Kandis A. Westmore, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Reilly, a criminal investigator with the United States Postal Inspection Service, being duly sworn, state:

## I. INTRODUCTION

1. I am a United States Postal Inspector assigned to the San Francisco Division of the United States Postal Inspection Service ("Inspection Service"), and have been so employed since May 2017. As such, I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I have been assigned to the Contraband, Interdiction and Investigations Team, based in Richmond, California, since January 2020. I was previously assigned to the Mail Theft/External Crimes Team, which investigates postal-related crimes including the theft of the United States Mail, and the related crimes of unlawful possession of Postal Service keys, identity theft, check fraud, credit card fraud, and bank fraud. The Mail Theft/External Crimes Team also investigates robberies of Postal Service facilities and Postal Service employees, including letter carriers. From 2007 to 2017, I was a Border Patrol Agent ("BPA") assigned to the El Centro Sector/El Centro Station in Imperial, California. As a BPA, I regularly enforced federal immigration laws. I also was detailed to the El Centro Sector's Prosecutions Office. As a BPA in the Prosecutions Office, my duties included being the liaison between the stations that made up the El Centro Sector and the United States Attorney's Office in the Southern District of California. I regularly reviewed arrest reports, criminal histories and Federal Court documents. I also wrote and reviewed federal criminal complaints on a daily basis.

2. I respectfully submit this Affidavit in support of a Criminal Complaint charging Dayna Lyn ALEXANDER, a.k.a. Dayna Lyn Huntsman, ("ALEXANDER") and Alicia Amanda ROBERTS, a.k.a. Alicia Roberts Canal, ("ROBERTS") with Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349.

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrants for ALEXANDER and ROBERTS, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that between at least January 20, 2019, and continuing through at

least February 21, 2020, in the Northern District of California and elsewhere, ALEXANDER and ROBERTS did agree with each other, and with others, to commit at least one crime of mail fraud, knowing of at least one of the objects of the conspiracy and intending to help accomplish it, all in violation of 18 U.S.C. § 1349.

4. Where statements made by other individuals are referenced in this Affidavit, such statements are described in sum and substance and in relevant part only. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part only.

## II. FACTS ESTABLISHING PROBABLE CAUSE

**A. Summary**

5. Based on my investigation, and as described further herein, I have learned that ALEXANDER and ROBERTS have agreed with each other, and with other individuals, known and unknown, to assume and utilize the identities of deceased individuals in order to open new accounts, and to take over and drain existing accounts. The co-conspirators would use public information, such as published obituaries, to identify individuals who had recently died, and would then obtain personal identifying information for the deceased individuals using online sources that sell such information or make it publicly available. The co-conspirators then used various methods to access and take over those individuals' financial accounts and fraudulently obtain the money from those accounts. These methods include, but are not limited to: contacting banks purporting to be the deceased accountholder in order to change passwords and mailing addresses; initiating online transfers between accounts held by deceased individuals and accounts operated by the co-conspirators; initiating mail holds and change of address requests with the USPS in order to control and conceal mail sent to the deceased individuals; and fraudulently causing checks to be mailed to locations controlled by the co-conspirators.

6. In carrying out the scheme to defraud, the co-conspirators also used the identities of living victims as well in order to, amongst other things, open accounts, deposit checks and withdraw funds.

//

//

**B. Background Information and Victim D.K.**

7. During the course of this investigation, I have reviewed California DMV information, including photographs, for ALEXANDER, ROBERTS, and Michael Anthony McChristian ("McChristian").[1]

8. I learned that victim D.K., who resided in the Northern District of California, passed away on or about January 17, 2019. I have reviewed D.K.'s obituary, which was published in a local newspaper on or about January 20, 2019.

9. I have listened to a recorded call from the Napa County Department of Corrections, dated July 14, 2019, during which ALEXANDER, using her designated inmate pin number, advised McChristian of her Google email account. I have reviewed records provided by Google for this Google email account ("ALEXANDER's Google account"). The account records include numerous photos of both ALEXANDER and ROBERTS.

10. On or about January 21, 2019, a screenshot photo of what appears to be a phone app listing D.K.'s age and home address was saved to ALEXANDER's Google account. On or about January 22, 2019, a photo of a notepad with D.K.'s personal identifying information, including his Social Security number and bank account numbers, was saved to ALEXANDER's Google account.

**C. USPS Mail Hold and Change of Address**

11. I have reviewed United States Postal Service ("USPS") records which show that on or about January 28, 2019, a mail hold request was submitted to the USPS, requesting that the USPS hold at the post office any mail addressed to D.K. at 65 Las Moradas Circle in San Pablo, CA. The additional instructions for the request stated that "I or my daughter S.Z.[2] will pick up my mail."

12. On or about January 28, 2019, a photograph of a computer screen showing the online confirmation for the above-described mail hold request was saved to ALEXANDER's Google account.

---

[1] On February 21, 2020, Michael Anthony McChristian was charged by criminal complaint with a violation of 18 U.S.C. § 922(g)(1). That case is currently pending under case number CR 20-0258 PJH.

[2] S.Z.'s full name was used in the mail hold request. I know that S.Z. is a real person who resided in Southern California in January and February 2019. I further know, as demonstrated in this affidavit, that ALEXANDER has used S.Z.'s name, Social Security number, and account numbers, and has obtained multiple fake identification cards bearing S.Z.'s name but ALEXANDER's picture.

3

13.     The mail hold request was submitted from an IP address ending 242. I have reviewed Comcast records which show that the IP address ending 242 was registered in S.Z.'s name, at address 67 Las Moradas Circle, which is located next door to 65 Las Moradas Circle.

14.     I have spoken to the owner of 65 and 67 Las Moradas Circle, who advised that in January and February 2019, ALEXANDER and ROBERTS both resided and received mail at 67 Las Moradas Circle. I further learned that 65 Las Moradas Circle was vacant at all times relevant to this complaint. From my investigation, I know that neither D.K. nor S.Z. ever resided at or had any connection to 65 or 67 Las Moradas Circle.

**D. D.K.'s TD Ameritrade Account and Checks Mailed in Furtherance of the Fraud**

15.     I have reviewed records from TD Ameritrade which show that prior to his death, D.K. maintained at least one account at TD Ameritrade. On or about January 23, 2019, a $4,500 check was requested from D.K.'s TD Ameritrade account, and was mailed to "Dana Alexander" at a UPS Store mailbox in Vallejo, CA. On or about January 30, 2019, the $4,500 check was deposited at an ATM in Richmond, CA, into Chase Bank account ending 2012.

16.     I have reviewed records for Chase account ending 2012, which was opened under the name "Dana L Alexander" in October 2018. The mailing address associated with the account is the above-described UPS Store mailbox in Vallejo, CA. I have also reviewed records for the UPS Store mailbox. This mailbox was rented under the name Dayna ALEXANDER, using ALEXANDER's legitimate California driver license, and Google account.

17.     TD Ameritrade records show that, on or about January 29, 2019, an unknown individual faxed a request to TD Ameritrade, requesting that checks and a debit card for D.K.'s account be mailed to 65 Las Moradas Circle. I have reviewed this application and observed that someone signed the application as D.K., even though D.K. had died 12 days earlier.

18.     On or about January 29, 2019, a $9,000 disbursement was requested from the TD Ameritrade account. A $9,000 check was issued to D.K. and mailed to 65 Las Moradas Circle.

19.     I know that this check was in fact mailed because on or about February 5, 2019, McChristian deposited the $9,000 TD Ameritrade check into U.S. Bank account ending 8529 at a U.S.

4

Bank branch in the District of Utah. I have reviewed the deposit slip and transaction records, as well as surveillance footage from the bank of this transaction.

20. I have reviewed U.S. Bank records which show that U.S. Bank account ending 8529 was opened on or about January 29, 2019, using D.K.'s name and information, including his legitimate home address (which was not 65 Las Moradas Circle).

21. I have also reviewed U.S. Bank records which show that on or about February 1, 2019, a U.S. Bank checking account ending 6629 was opened using S.Z.'s name and information, but with mailing address 67 Los Morades Circle[3], San Pablo, CA 94806.

22. Between February 12 and February 13, 2019, at a U.S. Bank branch in El Cerrito, CA, McChristian deposited a $9,000 check into the U.S. Bank account ending 6629. The check was made out to S.Z. and was issued from the U.S. Bank account ending 8529. Someone signed the check as D.K. I have reviewed the deposit slip and transaction records, as well surveillance footage from the bank of this transaction, which shows McChristian depositing the check into U.S. Bank account ending 6629.

**E. Chase Bank Withdrawals in Utah**

23. I have reviewed records from D.K.'s pension account which indicate that on or about January 29, 2019, an unknown individual logged into the account from the same IP address as the mail hold request described above in paragraph 11. On that same date, a withdrawal and disbursement report were logged in the account.

24. I have reviewed records from Chase Bank that show that on or about January 31, 2019, Chase account ending 7215 received a funds transfer of $62,300.77 from D.K.'s pension account. D.K. was an authorized user of Chase account ending 7215 and could issue checks from the account.

25. On or about February 5, 2019, at a Chase Bank branch in Park City, UT, McChristian purported to be D.K. in order to withdraw three cashier's checks totaling almost $62,000, and $400 cash, from the Chase account ending 7215. I have reviewed the withdrawal slips and transaction records, and surveillance footage, for the transactions. In order to make the withdrawals, McChristian used D.K.'s name, address, and account number, and signed as D.K. The following checks were issued:

---

[3] 67 Los Morades Circle appears to be a misspelling of 67 Las Moradas Circle, where ALEXANDER and ROBERTS resided.

5

      a. $18,000 check to Dana Alexander;

      b. $22,500 check to S.Z.; and

      c. $21,495.96 check to a business name associated with McChristian.

26. On or about February 5, 2019, in the District of Utah, McChristian deposited the $18,000 check to Dana Alexander into the Chase Bank account ending 2012, and the $22,500 check to S.Z. into the U.S. Bank account ending 6629.[4]

### F. Bank of America Withdrawals in Utah

27. I have reviewed records from Bank of America which show that on or about February 7, 2019, at a Bank of America branch in Draper, UT, McChristian purported to be D.K. in order to withdraw three cashier's checks totaling $36,000 from D.K.'s checking and savings accounts.[5] I have reviewed the withdrawal slips and transaction records, and surveillance footage, for the transactions. In order to make the withdrawals, McChristian used D.K.'s name, address, and account number, and signed as D.K. The following checks were issued:

      a. $12,000 check to S.Z.;

      b. $17,000 check to a business name associated with McChristian; and

      c. $7,000 check to a business name associated with McChristian.

28. On or about February 8, 2019, in the District of Utah, McChristian deposited both the $12,000 check to S.Z. and $7,000 cash into the U.S. Bank account ending 6629.[6]

29. On or about February 8, 2019, at a U.S. Bank branch in El Cerrito, CA, ALEXANDER withdrew $8,000 cash from the U.S. Bank account ending 6629. I have reviewed the withdrawal slip and transaction records, and surveillance footage, for the transaction. I have also reviewed the withdrawal slips and transaction records, and surveillance footage, for the following withdrawals made by ALEXANDER from the U.S. Bank account ending 6629:

      a. $7,000 withdrawal on February 15, 2019, in El Cerrito, CA;

---

[4] McChristian also deposited the $21,495.96 check into an account at Wells Fargo under the business name.

[5] D.K. had opened and controlled these Bank of America accounts prior to his death.

[6] McChristian also deposited the $17,000 check and the $7,000 check into Wells Fargo accounts under the business names.

6

| | |
|---|---|
| 1 | b. $3,000 withdrawal on February 15, 2019, in Hercules, CA; |
| 2 | c. $2,000 withdrawal on February 15, 2019, in Vallejo, CA; |
| 3 | d. $8,000 withdrawal on February 19, 2019, in El Cerrito, CA; and |
| 4 | e. $3,000 withdrawal on February 22, 2019, in Vallejo, CA. |

30. Each of the withdrawal slips for the above-described U.S. Bank withdrawals was signed in the name of S.Z. When reviewing ALEXANDER's Google account records, I located multiple photographs of California driver licenses bearing ALEXANDER's photograph, but the name "S.Z." At least one of the licenses depicted in the photographs contained S.Z.'s true address.

31. I spoke with a Contra Costa County Sheriff's Deputy who responded to the Post Office in El Sobrante, CA, on or about May 20, 2019. I was advised that on that date, a woman entered the Post Office and requested to buy $550 worth of stamps using a driver license and check in the name of S.Z. The woman eventually left the Post Office, and left behind the license and check. I have reviewed the California driver license that was left behind and while the information appears to include S.Z.'s true information including her name, date of birth, and address, the photograph depicts ALEXANDER.

32. On or about February 21, 2020, a search warrant was executed at McChristian's home in Hayward, CA. During the search, law enforcement recovered a California driver's license bearing McChristian's photo, but D.K.'s name and date of birth. The address on the license was the address for a UPS Store mailbox in Hayward, CA, rented by McChristian, using the name David Lubega.

**G. D.K.'s Paypal Account**

33. I have reviewed Paypal records from D.K.'s Paypal account, which show that on or about January 26, 2019, at approximately 7:29 p.m., someone logged into the account from the same IP address as the mail hold request described above in paragraph 11. At approximately 7:30 p.m., a mobile web payment for $1,200 was sent to ROBERTS from D.K.'s Paypal account.

**H. ROBERTS' Storage Units**

34. I have listened to a recorded call from the Napa County Department of Corrections, dated August 28, 2019, during which ROBERTS advised ALEXANDER that ROBERTS was moving out of their apartment, and would be moving their property into a storage unit.

35. I have reviewed records from Container Storage, Inc. ("CSI"), in Richmond, CA, that show that on or about August 26, 2019, ROBERTS rented Unit F259, using a California driver's license bearing ROBERTS' picture but the name of T.L.[7] ROBERTS used a Google email address and a phone number with area code 707 to rent the unit.

36. I have reviewed USPS records that show that on or about August 10, 2019, a mail hold request was placed on T.L.'s mail sent to 67 Las Moradas Circle, San Pablo, CA. The same Google email address described in paragraph 33 was used to place the mail hold. The mail hold request included the comment, "Hold all mail for residents to be picked up only by Alicia ROBERTS."

37. I have reviewed USPS records that show that on or about August 16, 2019, a mail hold request was placed on T.L.'s mail sent to 65 Las Moradas Circle, San Pablo, CA. The same Google email address described in paragraphs 33 and 34 was used to place the mail hold. The mail hold request included the comment, "Hold all mail for residents to be picked up only by Alicia ROBERTS." From my investigation, I know that T.L. has never lived at either 65 or 67 Las Moradas Circle.

38. I have also reviewed USPS records that show on or about July 11, 2019, mail hold requests were also placed on the mail of T.G. sent to 65 and 67 Las Moradas Circle, San Pablo, CA. I know that T.G. is a former postal employee and resident of the Northern District of California, who passed away in June 2019. The mail hold requests noted that the mail would be picked up by "M.H.,"[8] but the same phone number was used to submit the request as the mail hold requests in T.L.'s name.

39. I know from my investigation that neither T.L. nor T.G. resided at or had any connection to 65 or 67 Las Moradas Circle.

40. On or about February 21, 2020, a search warrant was executed at Unit F259 at CSI in Richmond, CA. During the search, law enforcement recovered mail and documents addressed to ROBERTS and ALEXANDER. Law enforcement also recovered mail and documents, including a vehicle title and registration in the name of T.L., and documents in the names of other individuals. Law

---

[7] I have reviewed DMV records for the license number included on the license ROBERTS presented to rent Unit F259. The license number is a legitimate license number belonging to T.L., who is a real person who resides in the Northern District of California.

[8] M.H. is a real person whose genuine California driver license appears to have been used to rent a storage unit, as described in paragraph 39 below. No further information is known at this time regarding M.H. or her connection to ALEXANDER and ROBERTS.

enforcement also found mail addressed to T.G. and a sheet of paper with T.G.'s personal information including Social Security number and account numbers, as well as a notebook containing similar information belonging to other individuals.

41. On or about February 21, 2020, a search warrant was also executed at Unit 211 at Budget Self-Storage in Richmond, CA. I have reviewed records for Unit 211 and observed that the unit was rented under the name "M.H.," but the renter subsequently changed the phone number on the account to the same phone number used to rent Unit F259.

42. During the search of Unit 211, law enforcement recovered sheets of paper listing the personal identifying information of numerous individuals, including D.K. Law enforcement also recovered a copy of a TD Ameritrade account statement in D.K.'s name, as well as a PG&E statement addressed to D.K.

43. During the search of Unit 211, law enforcement also recovered multiple credit cards in the names of ROBERTS and ALEXANDER, as well as at least 14 credit and debit cards in the name of individuals other than ROBERTS or ALEXANDER. This included a U.S. Bank debit card in the name of S.Z., as well as a checkbook from U.S. Bank in the name of S.Z.

44. During the search, law enforcement located nine Delaware driver licenses bearing ROBERTS' photograph but different names and information. Law enforcement also recovered several California driver licenses belonging to other individuals, as well as several California driver licenses which appeared to have been altered, including two blank driver licenses bearing ALEXANDER's photograph but no personal identifying information. Law enforcement also found what appeared to be a genuine but expired California driver license belonging to ROBERTS.

**I. Ongoing Activities**

45. I have listened to a recorded phone call from the Napa County Department of Corrections, dated August 10, 2019. During the call, ALEXANDER offered to "write things down" for McChristian and said she would send them in a letter. During a recorded call on August 17, 2019, McChristian confirmed that he received the letter from ALEXANDER.

46. On or about February 21, 2020, during a search of McChristian's home, law enforcement recovered a handwritten letter next to McChristian's bed. The handwriting looks similar to

1 ALEXANDER's handwriting. In the letter, the writer instructs McChristian to search obituaries for
2 recently deceased individuals who have suffered "sudden death." The letter then lists several questions
3 to answer regarding the deceased person, and if the answer to all the questions is no, then "Score!" The
4 letter then advises about steps to take in order to take over the deceased person's accounts.

47. I have also listened to a recorded phone call from the Napa County Department of Corrections, dated September 29, 2019. During the call, ALEXANDER and McChristian discussed who would cosign for ALEXANDER's bail. McChristian stated that "D.K." can cosign. McChristian also stated, "your cousin T.L. has a house."

48. I have listened to recorded calls from the Solano County Justice Detention Center from November 2019. During one of these calls, ROBERTS told ALEXANDER that she had a letter from "Auntie T.L." ALEXANDER told ROBERTS about an obituary listed in a local newspaper and to reach out to "Auntie J.H."[9]

### III. CONCLUSION

49. Based on the information set forth in the paragraphs above, I submit that there is probable cause to believe that between at least January 20, 2019, and continuing through at least February 21, 2020, in the Northern District of California and elsewhere, ALEXANDER and ROBERTS did agree with each other, and with others, to commit at least one crime of mail fraud, knowing of at least one of the objects of the conspiracy and intending to help accomplish it, all in violation of 18 U.S.C. § 1349. Accordingly, based upon the foregoing, I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrants.

//
//
//

---

[9] I observed that around the date of this recorded call, an obituary was printed in the newspaper referenced by ALEXANDER in the name of an individual with a name similar to "J.H." This deceased individual was a resident of the Eastern District of California.

10

50. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

                                    /s/ Michael Reilly
                                    Michael Reilly
                                    United States Postal Inspector
                                    United States Postal Inspection Service

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 27th day of October, 2020.

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE