1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SAMANTHA SCHOTT BENNETT (NYBN 5132063)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        samantha.schott@usdoj.gov
8
9  Attorneys for United States of America

**FILED**

Oct 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **4:20-mj-71541-MAG** |
| Plaintiff, | UNITED STATES' MOTION TO SEAL CRIMINAL COMPLAINT AND ACCOMPANYING AFFIDAVIT, SEALING MOTION AND ORDER |
| v. | |
| DAYNA LYN ALEXANDER and ALICIA AMANDA ROBERTS, | **UNDER SEAL** |
| Defendants. | |

The United States, by and through Assistant United States Attorney SAMANTHA SCHOTT BENNETT, hereby moves this Court for an order sealing the government's application for a sealing order, the sealing order, the criminal complaint in the above-captioned matter, the arrest warrants, and all attachments and related documents in the above-referenced case, including the affidavit in support of the criminal complaint. Disclosure of the specified documents might jeopardize the arrest of one or more of the defendants. However, the United States requests that the arrest warrants be unsealed after they have been executed.

GOVERNMENT'S MOTION FOR
SEALING ORDER

| | |
|---|---|
| 1 | Accordingly, the United States requests that the Court seal the aforementioned documents, |
| 2 | except that the Clerk of Court shall provide copies of the sealed documents to employees of the United |
| 3 | States Attorney's Office. The United States further requests that the United States Attorney's Office be |
| 4 | permitted to share these documents as necessary with counsel for any defendant charged as a result of |
| 5 | this investigation, and as necessary to comply with its discovery obligations, and with members of the |
| 6 | U.S. Postal Inspection Service, which should be allowed to share the sealed documents in the above- |
| 7 | captioned case with other law enforcement and intelligence agencies, including foreign law enforcement |
| 8 | and intelligence agencies, for use in investigation and prosecution. |

DATED: October 22, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*Samantha Schott Bennett*
SAMANTHA SCHOTT BENNETT
Assistant United States Attorney

GOVERNMENT'S MOTION FOR
SEALING ORDER