```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA SCHOTT BENNETT (NYBN 5132063)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.schott@usdoj.gov

Attorneys for United States of America
```

**FILED**

Oct 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAYNA LYN ALEXANDER and ALICIA AMANDA ROBERTS, <br><br> Defendants. | CASE NO.: **4:20-mj-71541-MAG** <br><br> [PROPOSED] ORDER SEALING CRIMINAL COMPLAINT AND ACCOMPANYING AFFIDAVIT, SEALING MOTION AND ORDER <br><br> **UNDER SEAL** |

Upon motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the criminal complaint, the arrest warrants, and all attachments and related documents in the above-referenced case, including the affidavit submitted in support of the government's application for a criminal complaint, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of

[PROPOSED] SEALING ORDER

this investigation, and as necessary to comply with its discovery obligations, and with the members of the U.S. Postal Inspection Service, which should be allowed to share the sealed documents with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution. The arrest warrants are hereby unsealed after they have been executed.

IT IS SO ORDERED.

DATED: October 27, 2020

HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER