```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  SAMANTHA BENNETT (NYBN 5132063)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340S
 6       Oakland, California 94612
         Telephone: (510) 637-3680
 7       FAX: (510) 637-3724
         samantha.bennett@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 21-0126 JST |
|---|---|
| Plaintiff, | ) [Information Filed: March 29, 2021] |
| v. | ) |
| DAYNA LYN ALEXANDER, aka DAYNA LYN HUNTSMAN, | ) NOTICE OF RELATED CASES |
| Defendant. | ) |

| UNITED STATES OF AMERICA, | ) CASE NO. CR 21-0127 YGR |
|---|---|
| Plaintiff, | ) [Information Filed: March 29, 2021] |
| v. | ) |
| ALICIA AMANDA ROBERTS, aka ALICIA ROBERTS CANAL, | ) |
| Defendant. | ) |

Pursuant to Local Criminal Rule 8-1, the United States of America hereby notifies the Court that

NOTICE OF RELATED CASES; [PROPOSED] ORDER   1
CR 21-0126 JST
CR 21-0127 YGR

the two above-captioned criminal cases are related. Both cases involve one or more of the same defendants and the same alleged events, occurrences, transactions or property, and appear likely to entail substantial duplication of labor if heard by different Judges.

## I. BACKGROUND AND PROCEDURAL HISTORY

On October 27, 2020, a federal Criminal Complaint was filed under case number 4:20-mj-71541 MAG, charging against Dayna Lyn Alexander and Alicia Amanda Roberts together with Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349. As described in the affidavit in support of the Criminal Complaint, Ms. Alexander and Ms. Roberts agreed with each other and with others "to assume and utilize the identities of deceased individuals in order to open new accounts, and to take over existing accounts," using various methods including "initiating mail holds and change of address requests with the USPS in order to control and conceal mail sent to the deceased individuals." *United States v. Dayna Lyn Alexander and Alicia Amanda Roberts*, 4:20-mj-71541 MAG, Dkt. 1, ¶ 5.

On March 29, 2021, the United States Attorney's Office filed felony Informations, charging each defendant with Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349. *United States v. Dayna Lyn Alexander*, CR 21-0126 JST, was assigned to the Honorable Jon S. Tigar. *United States v. Alicia Amanda Roberts*, CR 21-0127 YGR, was assigned to the Honorable Yvonne Gonzalez Rogers.

## II. NOTICE OF RELATED CASES

Local Rule 8-1(a) provides that when a party knows or learns that a filed criminal action is related to another criminal action pending in the District, they shall notify the Court. Crim. L.R. 8-1(a). This shall be done by (1) filing a "Notice of Related Case in a Criminal Action" with the Judge assigned to the earliest filed action; (2) lodging a copy of the notice with the chambers of each Judge assigned to each related case; and (3) serving all known parties with a copy of the notice. *Id.* Two cases are related for purposes of this rule if they (1) "concern one or more of the same defendants and the same alleged events, occurrences, transactions or property" or (2) "appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges." Crim. L.R. 8.1(b).

The two cases referenced above are related within the meaning of Northern District of California

Criminal Local Rule 8-1 both because they concern one or more of the same defendants and the same alleged events, occurrences, transactions or property, and they appear likely to entail substantial duplication of labor if heard by different Judges. Namely, Ms. Alexander and Ms. Roberts are charged with participating in the same conspiracy over different, but overlapping, periods of time; as they conspired with each other, and with others, to commit the charged offense, the evidence likely to be presented at trial would be the same in each matter. Because Case Nos. CR 21-0126 JST and CR 21-0127 YGR thus concern one or more of the same defendants and the same alleged events, occurrences, transactions or property, and would be substantially duplicative if conducted before different Judges, they meet the definition of related cases.

Per the requirement of Local Criminal Rule 8-1(c)(4), the United States asserts that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: March 29, 2021                            /s/ *Samantha Bennett*
                                                 SAMANTHA BENNETT
                                                 Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, for the reasons stated in the notice and for good cause shown, the following matters shall be related by the Clerk:

*United States v. Dayna Lyn Alexander*, CR 21-0126 JST

*United States v. Alicia Amanda Roberts,* CR 21-0127 YGR

IT IS FURTHER ORDERED that pursuant to Local Criminal Rule 8-1(e), the later-filed case, *United States v. Alicia Amanda Roberts*, CR 21-0127 YGR, shall be reassigned to the undersigned judge.

IT IS SO ORDERED.

DATED:

_____
HON. JON S. TIGAR
United States District Judge

NOTICE OF RELATED CASES; [PROPOSED] ORDER   4
CR 21-0126 JST
CR 21-0127 YGR