1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SAMANTHA SCHOTT BENNETT (NYBN 5132063)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       samantha.bennett@usdoj.gov
8

9  Attorneys for United States of America

```
┌─────────────────────────────────────┐
│                                      │
│             FILED                    │
│                                      │
│           Apr 09 2021                │
│                                      │
│        SUSAN Y. SOONG                │
│    CLERK, U.S. DISTRICT COURT        │
│  NORTHERN DISTRICT OF CALIFORNIA     │
│            OAKLAND                   │
│                                      │
└─────────────────────────────────────┘
```

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )   CASE NO. CR 21-0126 JST
                                         )
14         Plaintiff,                    )
                                         )
15     v.                                )   **STIPULATION AND [~~PROPOSED~~] ORDER
                                         )   CONTINUING HEARING**
16  DAYNA ALEXANDER,                     )
                                         )   Current Date: April 12, 2021 at 1:00 P.M.
17                                       )   Proposed Date: April 15, 2021 at 1:00 P.M.
           Defendant.                    )
18                                       )
                                         )
19  ─────────────────────────────────── )

20         The defendant is currently scheduled to appear before the Court on April 12, 2021, at 1:00 p.m.,

21  for waiver of indictment and arraignment on the felony information.  The defendant's housing unit at

22  Santa Rita Jail remains in quarantine, and the defendant is unavailable to appear for court or to confer

23  with her counsel during that time period.  The parties are therefore requesting that the arraignment be

24  rescheduled to April 15, 2021, at 1:00 P.M. to allow for effective preparation of counsel.

25         The parties are further requesting that the time between April 12, 2021, through and including

26  April 15, 2021, be excluded from the speedy trial clock.  The parties agree that the additional time is

27  necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree

28  that the ends of justice served by granting the continuance outweigh the best interest of the public and

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. CR 21-0126 JST                    1

1   the defendant in a speedy trial.  *See id.*

2        The parties further submit that good cause exists for extending the time limits for preliminary

3   hearing under Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an

4   indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).   The defendant

5   consents to the extension of time.

6        The undersigned Assistant United States Attorney certifies that she has obtained approval from

7   counsel for the defendant to file this stipulation and proposed order.

8   DATED: April 7, 2021                              Respectfully Submitted,

9                                                                  STEPHANIE M. HINDS
                                                                    Acting United States Attorney
10

11                                                                 /s/ *Samantha Schott Bennett*
                                                                    SAMANTHA SCHOTT BENNETT
12                                                                 Assistant United States Attorney

13                                                                 /s/ *Patrick Robbins*
                                                                    PATRICK ROBBINS
14                                                                 Attorney for Dayna Alexander

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2        The status hearing currently scheduled for defendant Dayna Alexander for April 12, 2021, is

3  rescheduled for April 15, 2021, at 1:00 P.M.

4        The Court further finds that the exclusion of time from April 12, 2021, through and including

5  April 15, 2021, is warranted and that the ends of justice served by the continuance outweigh the best

6  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to

7  grant the requested continuance would deny effective preparation of counsel and would result in a

8  miscarriage of justice. 18 U.S.C. § 3161 (h)(7)(B)(iv).

9        The Court further finds good cause for extending the time limits for a preliminary hearing under

10  Federal Rule of Criminal Procedure 5.1, and for extending the 30-day time period for an indictment

11  under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

12        IT IS SO ORDERED.

13

14  DATED:  April 9, 2021

15                       HON. ROBERT M. ILLMAN

                          United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28