**SIERRA PROMISE DUGAN**
Sierra Dugan Law
717 Washington Street, 2nd Floor
Oakland, California 94611
Tel. 510.214.2194
Fax. 510.451.3002
sierra@sierraduganlaw.com

Counsel for Defendant
**DAYNA LYN ALEXANDER**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAYNA LYN ALEXANDER, <br><br> Defendant. | No. 4:21-cr-00126 JST <br><br> **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S PETITION SUMMONS CONFERENCE FROM NOVEMBER 8, 2023 TO NOVEMBER 17, 2023** |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled petition summons on Form 12 hearing on November 8, 2023 at 10:30 a.m. for defendant Dayna Lyn Alexander be continued to November 17, 2023 at 10:30 a.m. Ms. Alexander has tested positive for Covid-19 and has symptoms. Allowing the continuance is appropriate to allow for a full period of isolation if one is necessary. The probation officer is also available on November 17, 2023.

**IT IS SO STIPULATED**.

Dated: November 7, 2022                              s/ *Sierra Dugan*
                                                     SIERRA DUGAN
                                                     Counsel for Defendant
                                                     DAYNA LYN ALEXANDER

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 7, 2023 | s/ SD per email authorization |
| 3 | | ADAM BARKL |
| | | Assistant U.S. Attorney |

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Summons on the Form 12 set for 10:30 a.m. on November 8, 2023 to 10:30 a.m. on November 17, 2023.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the summons on the Form 12 hearing be continued from November 8, 2023 through November 17, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: November 8, 2023

_____
HON. KANDIS A. WESTMORE
CHIEF MAGISTRATE JUDGE